# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br>v.<br>DAVID BRIM, as Executor of the Estate of<br>Eleanor S. Brim, Deceased<br>    Defendant | Civil Action No: 18-01818 |

### ORDER

AND NOW, this 21ST day of June, 2018, it is hereby ORDERED and DECREED that the Consent Judgment, attached hereto ~~as Exhibit A and the Order B~~, be made an Order of this Court.

_____ J.

The clerk of court shall mark this case closed. ees

## UNITED STATES DISTRICT COURT FOR
## THE MIDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br>                        Plaintiff <br> vs. <br><br> DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased <br>                        Defendant | Civil Action No:18-01818 |

## CONSENT JUDGMENT

**AND NOW**, it is hereby stipulated and agreed by and between plaintiff, The United States of America ("Plaintiff"), and defendant, DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased("Defendant"), as follows:

1. A judgment is entered in favor of the Plaintiff and against the Defendant in the sum of $217,050.56 plus interest from September 23, 2017 at the rate of $22.14 per diem and other costs and charges collectible under the Mortgage, and for the foreclosure and sale of the mortgaged Property.

2. DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased, is named as a defendant in this action in mortgage foreclosure, which mortgagor, Eleanor S. Brim, conveyed the Mortgage on the Property and died onMay 10, 2015.

3. Defendant is not personally liable in any way for debt secured by the note and mortgage, which are the subject of this action of mortgage foreclosure.

4. Defendant retains the right to reinstate and/or payoff the mortgage in question at anytime prior to a Marshal Sale, if any, in accordance with the mortgage documents.

5. Defendant has no defense to this action and does not intend to interpose any answer herein and specifically waives the right to do so and any and all defenses, which might otherwise have been contained therein.

6. The Defendant confirms that he is not presently, nor has he been within the last 367 days, an

2

individual on active duty with the United States military.

    7.    Any sums advanced by Plaintiff after the entry of this judgment in mortgage foreclosure shall become a part of the judgment lien.

    8.    This Consent Judgment represents the whole agreement of the parties who, intending to be legally bound, have executed it by and through the undersigned duly authorized counsel.

    9.    This Consent Judgment may be executed in counterparts, each of which shall be considered an original.

    10.    A facsimile signature shall have the same effect as an original signature.

    11.    This Stipulation is effective upon execution.

Date: 6/6/18

_____  
Rebecca A. Solarz, Esquire  
Attorney for Plaintiff

Date: May 23, 2018

_____  
DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased  
Defendant