UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased<br><br>                    Defendant(s) | CIVIL NO. 18-01818 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

      Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )        Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )        Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )        Certified mail by Sheriff's Office.
( )        Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( x )     Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )        Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )        Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )        Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )        Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                                                                       Respectfully submitted,

                                                                       BY: Rebecca A. Solarz, Esq.
                                                                       Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br>DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased<br>　　　　　Defendant | Civil Action No: 18-01818 |

## ACCEPTANCE OF SERVICE

I accept service of the Notice of Marshal Sale as Executor of the Estate of Eleanor S. Brim, Deceased and certify that I am authorized to do so.

Date: 7/27/18　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David Brim

USA-BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | Sequence Number<br>7781-1 | | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
| 9171999991703827266894<br>9171999991703827266894 | DAVID BRIM as Executor of the Estate of Eleanor S. Brim, Deceased<br>75 Gentleness Drive<br>Ephrata, PA 17522 | ERR<br>C | 2.740 | 1.40<br>3.45 | | | 7.59 |
| 9171999991703827266900<br>9171999991703827266900 | DAVID BRIM as Executor of the Estate of Eleanor B. Brim, Deceased<br>c/o Morrison<br>600 A Eden Road<br>Lancaster, PA 17601 | ERR<br>C | 2.740 | 1.40<br>3.45 | | | 7.59 |
| 9171999991703827266917<br>9171999991703827266917 | David R. Morrison, Esquire<br>Elder Law Associates of PA<br>600-A Eden Road<br>Lancaster, PA 17601 | ERR<br>C | 2.740 | 1.40<br>3.45 | | | 7.59 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 8.22<br>8.22 | 14.55<br>14.55 | | | 22.77<br>22.77 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

Round Stamp_____

_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | DAVID BRIM as Executor of the Estate of Eleanor S. Brim, Deceased<br>75 Gentleness Drive<br>Ephrata, PA 17522 | PNC Bank<br>c/o Sue Keene<br>One Financial Parkway<br>Kalamazoo, MI 49009 | | | | | | | | | | |
| 2. | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | Charity Gardens HOA<br>Boyd Wilson, LLC - Jen Stangenberg<br>600 Olde Hickory Road, Suite 100<br>Lancaster, PA 17601 | | | | | | | | | | |
| 3. | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement<br>Health and Welfare Bldg. Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | DAVID BRIM as Executor of the Estate of Eleanor S. Brim, Deceased<br>c/o Morrison<br>600-A Eden Road<br>Lancaster, PA 17601 | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | Tenants / Occupants<br>75 Gentleness Drive<br>Ephrata, PA 17522 | | | | | | | | | | | |
| 6. | David R. Morrison, Esquire<br>Elder Law Associates of PA<br>600-A Eden Road<br>Lancaster, PA 17801 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen | See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

USA-179936   Lancaster County   Sale Date: 08/22/2018

DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106  $ 003.12⁰
02 1W
0001391829 JUN. 28. 2018

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE INHERITANCE TAX DIVISION 1131 Strawberry Square 6th Floor Harrisburg, PA 17128 | | | | | | | | | | | |
| 2. | | INTERNAL REVENUE SERVICE - SPECIAL PROCEDURES BRANCH 1001 Liberty Avenue Suite 112 Pittsburgh, PA 15222 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | DEPARTMENT OF PUBLIC WELFARE ESTATE RECOVERY PROGRAM P.O. Box 8486, Willow Oak Building Harrisburg, PA 17105-8486 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.17⁰
02 1W
0001391829 JUL 24 2018

Total Number of Pieces Listed by Sender / Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)   3129 - R. Augustyn

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-179936   Lancaster County   Sale Date: 08/22/2018

DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased<br><br>Defendant(s) | CIVIL NO. 18-01818 |

### AFFIDAVIT PURSUANT TO RULE 3129

The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

       75 Gentleness Drive
       Ephrata, PA 17522

1. Name and address of Owner(s) or Reputed Owner(s):

       DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased
       75 Gentleness Drive
       Ephrata, PA 17522

2. Name and address of Defendant(s) in the judgment:

       DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased
       75 Gentleness Drive
       Ephrata, PA 17522

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

       DOMESTIC RELATIONS OF LANCASTER COUNTY
       40 East King Street
       PO Box 83479
       Lancaster, PA 17608

       PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
       Health and Welfare Bldg. - Room 432
       P.O. Box 2675
       Harrisburg, PA 17105-2675

       David R. Morrison, Esquire
       Elder Law Associates of PA
       600-A Eden Road
       Lancaster, PA 17801

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

> Tenants / Occupants
> 75 Gentleness Drive
> Ephrata, PA 17522
>
> David R. Morrison, Esquire
> Elder Law Associates of PA
> 600-A Eden Road
> Lancaster, PA 17801
>
> PNC Bank
> c/o Sue Keene
> One Financial Parkway
> Kalamazoo, MI 49009
>
> Charity Gardens HOA
> Boyd Wilson, LLC - Jen Stangenberg
> 600 Olde Hickory Road, Suite 100
> Lancaster, PA 17601
>
> COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE INHERITANCE TAX DIVISION
> 1131 Strawberry Square
> 6th Floor
> Harrisburg, PA 17128
>
> INTERNAL REVENUE SERVICE - SPECIAL PROCEDURES BRANCH
> 1001 Liberty Avenue
> Suite 112
> Pittsburgh, PA 15222
>
> DEPARTMENT OF PUBLIC WELFARE
> ESTATE RECOVERY PROGRAM
> P.O. Box 8486, Willow Oak Building
> Harrisburg, PA 17105-8486

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: August 9, 2018

KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff