**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>18-01818 |
|---|---|
| DEFENDANT<br>David B Brim, as Executor of the Estate of Eleanor S Brim, Deceased | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David B. Brim, as Executor of the Estate of Eleanor S Brim, Deceased
ADDRESS *(Street or RFD Apartment No. City, State and ZIP Code)*
75 Gentleness Drive, Ephrata, PA 17522

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                       Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No 66 | District to Serve<br>No 66 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/27/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 9-27-18    Time: 11:15 ☒ am ☐ pm

Signature of U S Marshal or Deputy   0683

162 R.T. Miles @ .545  Parking 1.00  Tolls 8.75

| Service Fee<br>-0- | Total Mileage Charges including *endeavors*<br>88.29 | Forwarding Fee<br>-0- | Total Charges<br>98.04 | Advance Deposits<br>-0- | Amount owed to U S Marshal* or (Amount of Refund*)<br>98.04 |
|---|---|---|---|---|---|

REMARKS  Property sold for bid of 153,000.00 to J. Gordon Gainer LLC
US Marshals Sale of premises known as 75 Gentleness Drive, Ephrata, PA 17522  Sale was held at the Lancaster County Courthouse, 50 North Duke Street, Lancaster, PA.

**DISTRIBUTE TO:**
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13



U.S. Department of Justice

United States Marshals Service

*Eastern District of PA*

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: __18-CV-1818__

I, __PATRICK D. ENNIS__, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at __75 GENTLENESS DR., EPHRATA, PA 17522__.

The public sale was held on __September 27, 2018__

and the highest bidder was __J. GORDON GAINER LLC__

who bid the amount of $ __153,000.00__

By: _____
Deputy U.S. Marshal
PATRICK D. ENNIS
SDUSM

75 Gentleness Dr Ephrata

| Greg Musser | BP Real Estate | Gordan Raimer | Liberty Commercial | CU Equity |
|---|---|---|---|---|
| | 85,000 | 90,000 | | |
| | 91,000 | 100,000 | | |
| | 101,000 | 110,000 | | |
| | 111,000 | 120,000 | | |
| | 121,000 | 125,000 | | |
| | 126,000 | 130,000 | | |
| | 131,000 | 135,000 | | |
| | 136,000 | 140,000 | | |
| | 141,000 | 145,000 | | |
| | 146,000 | 150,000 | | |
| | 151,000 | 153,000 | | |

```
  4,100
  2,700
  8,500
 _____
 15,300    3 checks
```



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: J Gordon Gainer LLC

ADDRESS: 2938 Columbia Ave

Lancaster, PA. 17603

PHONE (DAY): 717-471-9077

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

---

The above is precisely how the name(s) are to appear in the deed

90,000   135,000
100,000  140,000
110,000  145,000
120,000  150,000
125,000  (153,000)  Winning BID
130,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

### BIDDER'S REGISTRATION FORM

NAME: Paul Vriend

ADDRESS: 1770 Oregon Pk
Lancaster PA 17601

PHONE (DAY): 717 669 5075

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP

The above is precisely how the name(s) are to appear in the deed

85,000      131,000
91,000      136,000
101,000     141,000
111,000     146,000
121,000     151,000
126,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: CHRIS MARTIN
Liberty Commercial Capital, LLC

ADDRESS: 23 Olde Mill Court

Lititz PA 17543

PHONE (DAY): 717-368-2359

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Liberty Commercial Capital, LLC
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Jonathan Leventy

ADDRESS: 1525 Oregon Pike
Suite 802
Lancaster, PA 17601

PHONE (DAY): (717) 587-3675

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

LU Equity Holdings LLC

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Greg Musser

ADDRESS: 1550 Harrisburg Ave
Mount Joy PA 17552

PHONE (DAY): 717-689-0663

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Gregory S Musser & Douglas H. Musser

The above is precisely how the name(s) are to appear in the deed