# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>　　v.<br><br>DAVID BRIM, as Executor of the Estate of<br>Eleanor S. Brim, Deceased<br>　　　　　　　Defendant | Civil Action No: 18-01818 |

## ORDER

AND NOW, this 5 day of Nov., 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1.　That the public sale held on September 27, 2018 is hereby confirmed.

2.　That the Marshal is ordered and directed to execute and deliver to J Gordon Gainer LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased in and to the premises sold located at 75 Gentleness Drive, Ephrata, PA 17522.

3.　That jurisdiction is retained for such further orders or decrees as may be necessary.



　　　　　　　　　　　　　　　　　　　　　　　　J.