## UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>DAVID BRIM, as Executor of the Estate of Eleanor S. Brim, Deceased<br><br>                    Defendant | CIVIL NO. 18-01818 |

## ORDER

AND NOW, this 26TH day of November, 2018, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 75 Gentleness Drive Ephrata, PA 17522 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:



_____ J.