**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>DAVID BRIM, as Executor of the Estate of<br>Eleanor S. Brim, Deceased<br><br>                    Defendant | CIVIL NO. 18-01818 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser................................$153,000.00

Amount of cash received ..............................................................$153,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A25455 ....................................................$153,000.00

KML Law Group, P.C.

By:   /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327